**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOODLEY GEINCHARLES,<br>Plaintiff,<br>v.<br>ROBERT SANDERS ET AL.,<br>Defendants. | Case No. 2:26-cv-02159-MCS-SK<br>**JUDGMENT** |

Pursuant to this Court's Order Dismissing Action Pursuant to Federal Rule of Civil Procedure 4(m), it is ordered, adjudged, and decreed that this case is dismissed without prejudice. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: July 20, 2026

Mark C. Scarsi

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE